Immigration and Customs Enforcement

vs.

Antonio Carmona

Federal District Court

# Motion for a speedy trial

Now comes Antonio Carmona in propria persona but not generally for it is traditionaly known that all pleas must be made in such manner because if they are not one submitts to the Court's jurisdiction. A natural born man and a Citizen of a foreign State comes before this Honorable Court, Pursuant to the 6th Amendment of the Constitution for the United States of America and the English Bill of Rights which predates said constitution, inorder to seek expediant common-law remedy and relief in the above entitled matter by exerzising his right to have a speedy trial of said matter.

The Immigration and Customs Enforcement agency has initiated legal action against Carmona by having obtained a warrent for his Person to be detained, the number of said warrent is #A75 952 336.

Carmona is presently in the custody of the Massachusetts Department of Corrections and demands to resolve said matter as quickly as his natural rights grant him that ability.

Respectfully presented

Antonio Carmona

Antonio Carmona
965 Elm Street
West Concord, Massachusetts
United States of America
1st day of August, 2004
One of One

United District Court of the District of Massachusetts
Certificate of Service

Immigration and Customs
Enforcement

Vs.

Antonio Carmona

I, Antonio Carmona, swear and certify that opposing party in the above entitled matter has been served with notice of the recent action I have taken in said matter by providing it with a true and exact copy of Motion for a speedy trial (1page) dated 1st day of August, 2004. This document was placed in an envelope which was then sealed and stamped and addressed to the following:

    Immigration and Customs Enforcement
    J.F.K. Federal Building
    Government Center
    Boston, Massachusetts
    United States of America

The envelope was later placed in the United States Postal Service box at Massachusetts Correctional Institution, Concord on the 2nd day of August, 2004.

Signed under pains and penalties of perjury this 2nd day of August, 2004

*Antonio Carmona*

Antonio Carmona
965 Elm Street
West Concord, Massachusetts
United States of America