UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11755- RGS

ANTONIO CARMONA

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT

ORDER

October 22, 2004

STEARNS, D.J.

On August 4, 2004, plaintiff Antonio Carmona filed a Motion for a Speedy Trial. On August 24, 2004, this court responded with a Memorandum and Order asking Carmona to "demonstrate good cause, in writing, why the petition should not be dismissed" and ordering Carmona to "either pay the filing fee for this action or submit an application to proceed without prepayment of fees within 42 days of the date of this Memorandum and Order." As Carmona has failed to comply with the court's directives, his case will be and is DISMISSED.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE